FILED
2011 Dec-05  PM 04:35
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **IN RE: CHANTIX (VARENICLINE) PRODUCTS LIABILITY LITIGATION** | ) ) ) | **Master File No.: 2:09-CV-2039-IPJ** **MDL No. 2092** |

| | | |
|---|---|---|
| | ) | |
| DAVID LICHTENSTEIN | ) ) | |
| Plaintiff, | ) ) ) | MASTER SHORT FORM COMPLAINT FOR COMPLAINT FOR INDIVIDUAL CLAIMS |
| v. | ) ) | |
| PFIZER, INC. | ) ) | Civil Action No.: |
| Defendant. | ) ) | JURY DEMAND |

## COMPLAINT

1.  Plaintiff, David Lichtenstein, states and incorporates by reference the portions indicated below of Plaintiffs' Master Consolidated Complaint on file with the Clerk of the Court for the United States District Court for the Northern District of Alabama in the matter entitled *In Re: Chantix (Vareniline) Products Liability Litigation,* MDL No. 2092. Plaintiff is filing this Short Form Complaint as permitted by Pretrial Order No. 2 of this Court for cases filed directly into this district.

2.  In addition to the below-indicated portions of the Master Consolidated Complaint adopted by the Plaintiff and incorporated by reference herein, Plaintiff hereby alleges as follows:

3.  Venue for remand and trial is proper in the following federal judicial district:

    United States District Court for the Eastern District of Missouri

4.  Name and residence of individual injured by Chantix:

    David Lichtenstein, Farmingdale, NY.

5.  Consortium Claims(s):  The following individual(s) allege damages for loss of consortium:

   N/A

6.  Survival and/or Wrongful Death claims:

   a.  Name and residence of Decedent when he suffered Chantix related injuries and/or death:

   b.  Name and residence of individual(s) entitled to bring the claims on behalf of the decedent's estate (e.g., personal representative, administrator, next of kin, successor in interest, etc.)

   N/A

7.  Survival and/or Wrongful Death Claim:  The following individual(s) allege certain claims for damages for survival and/or wrongful death in accordance with applicable state law:

   N/A

## CASE SPECIFIC FACTS REGARDING CHANTIXX USE AND INJURIES

8.  Plaintiff began using CHANTIX as prescribed and indicated on or about the following date:  Approximately May 2009.

9.  CHANTIX caused serious injuries and damages including but not limited to the following: Exacerbation and worsening of pre-existing mental health and depression, anxiety, insomnia, suicidal behavior and suicidal ideations.

2

## ALLEGATIONS, CLAIMS, AND THEORIES OF RECOVERY ADOPTED AND INCORPORATED IN THIS LAWSUIT

10. The Plaintiff hereby adopts and incorporates by reference as if set forth fully herein, all common allegations contained in paragraphs 1 through 87 of the Master Consolidated Complaint on file with the Clerk of the Court for the United States District Court for the Northern District of Alabama in the matter entitled *In Re: Chantix (Varenicline) Products Liability Litigation,* MDL No. 2092.

11. The Plaintiff hereby adopts and incorporates by reference as if set forth fully herein, the following damages and causes of action of the Consolidated Complaint on file with the Clerk of the Court for the United States District Court for the Northern District of Alabama in the matter entitled *In Re: Chantix (Varenicline) Products Liability Litigation,* MDL No. 2092:

√_____ COUNT I (NEGLIGENCE);

√_____COUNT II (NEGLIGENCE PER SE);

√_____ COUNT III (STRICT PRODUCTS LIABILITY – DESIGN DEFECT);

√_____ COUNT IV (STRICT PRODUCTS LIABILITY – FAILURE TO WARN);

√_____ COUNT V (BREACH OF EXPRESS WARRANTY);

√_____ COUNT VI (BREACH OF IMPLIED WARRANTY);

√_____ COUNT VII (FRAUDULENT MISREPRESENTATION AND CONCEALMENT);

√_____ COUNT VIII (NEGLIGENT MISREPRESENTATION AND CONCEALMENT);

√_____COUNT IX (GROSS NEGLIGENCE);

√_____COUNT X (UNJUST ENRICHMENT);

√_____ COUNT XI (PUNITIVE DAMAGES);

3

√_____ COUNT XII (VIOLATIONS OF STATE CONSUMER FRAUD AND DECEPTIVE TRADE PRACTICES ACTS);

_____ COUNT XIV (WRONGFUL DEATH);

_____ COUNT XV (SURVIVAL);

√_____ GLOBAL PRAYER FOR RELIEF;

√_____ TOLLING OF LIMITATION PERIOD;

_____ OTHER STATE LAW CAUSES OF ACTION AS FOLLOWS:

## JURY DEMAND

Plaintiff hereby demands a trial by jury as to all claims in this action.

Dated this 30th day of November, 2011.

Respectfully Submitted,

Evan D. Buxner, E.D.Mo. Bar #: 41559MO
THE BUXNER LAW FIRM OF COUNSEL TO
WALTHER/ZWIBELMAN LAW ASSOCIATES
230 S. Bemiston Ave., Suite 500
St. Louis, Missouri 63105
(p) 314 725-9595
(f) 888-851-4940
ebuxner@buxnerlaw.com

Myron S. Zwibelman, #21522
Roy A. Walther, III, #21517
Julie Devine, E.D.Mo. #517345 Missouri #58268
WALTHER/ZWIBELMAN LAW ASSOCIATES
230 S. Bemiston Ave., Suite 500
St. Louis, Missouri 63105
(314) 725-9595
888-851-4940 FAX
E-mail:mzwib@wzlawassociates.com
        rocky@wzlawassociates.com
        jd@wzlawassociates.com

4